**ANDREW B. BRETTLER (BAR NO. 262928)**
**JAKE A. CAMARA (BAR NO. 305780)**
**BERK BRETTLER LLP**
9119 West Sunset Boulevard
West Hollywood, California 90069
Telephone: (310) 278-2111
Facsimile: (310) 550-7055
Email: abrettler@berkbrettler.com
Email: jcamara@berkbrettler.com

Attorneys for Defendant
Michael Patrick Carroll

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| MAURICE HOLLOWAY, an individual, | Case No.: 25-cv-2183 |
| Plaintiff, | **DEFENDANT CARROLL'S NOTICE OF REMOVAL** |
| vs. | |
| MICHAEL PATRICK CARROLL, an individual; MPC PARTNERSHIP HOLDINGS, LLC dba CARROLL; RMR GROUP LLC; and DOES 1 through 50, inclusive, | |
| Defendants. | |

**TO THE CLERK OF COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE THAT Defendant MICHAEL PATRICK CARROLL ("Carroll"), by and through the undersigned counsel, hereby removes the above-captioned civil action, pursuant to 28 U.S.C. §§ 1332(a), 1441 and 1446, from the Superior Court of the State of California, County of Los Angeles, to the United States District Court for the Central District of California, Western Division. Such removal is proper for the following reasons:

### *Basis for Removal*

1. Plaintiff Maurice Holloway ("Plaintiff") commenced this action in Los Angeles County Superior Court. *Holloway v. Carroll*, Case No. 25STCV03668 (filed Feb. 10, 2025). True and correct copies of all pleadings filed in state court are attached hereto as Exhibits A (Complaint), B (Summons), C (Civil Case Cover Sheet), D (ADR Package), and E (Notice of Case Assignment).

2. On March 12, 2025, the undersigned counsel accepted service of process on behalf of Carroll. Ex. F (Notice and Acknowledgment of Receipt).

3. Also attached hereto is a declaration from Michael Patrick Carroll, dated March 11, 2025, filed in support of this Notice of Removal.

4. Defendant timely removed this case to federal court by doing so within 30 days of receipt of the Complaint. 28 U.S.C. § 1446(b)(1).

5. Defendant removed the action to the district court in the district where Plaintiffs filed the state court action. *Id.* § 1446(a).

6. The Court has jurisdiction over the action pursuant to 28 U.S.C. § 1332(a)(1) because this is an action between citizens of different states and the amount in controversy exceeds $75,000, exclusive of interests and costs. *Id.* § 1441(b)(1).

### Basis for Diversity Jurisdiction

7. Plaintiff is a citizen of California. (Compl. ¶ 14.)

8. Defendant Carroll is a citizen of Florida. (Carroll Decl. ¶¶ 2-6.)

9. Based on information and belief, The RMR Group, LLC ("RMR"), erroneously sued as RMR Group LLC, is a limited liability company formed in Maryland, with its principal place of business in Massachusetts. RMR has two members, The RMR Group Inc. and ABP Holdings LLC. The RMR Group Inc. is incorporated in Maryland and has its principal place of business in Massachusetts. ABP Holdings LLC is wholly owned by ABP Trust. ABP Trust is organized in Maryland and has its principal place of business in Massachusetts. No member of RMR is a citizen of California.

10. Based on information and belief, defendant MPC Partnership Holdings, LLC d/b/a Carroll ("MPC") was formed under the laws of Maryland and maintains its principal place of business in Massachusetts. MPC has one member, RMR. As set forth above, no member of RMR is a citizen of California.

11. While Plaintiff fails to specify a monetary demand in his Complaint, based on information and belief, and the disputed allegations contained therein, Plaintiff seeks damages in excess of the jurisdictional minimum. (*See* Compl. ¶¶ 22, 77-79, 87-89, 97-100, 105-07, 113, 119, 125, 127, 129, 134-37, 141-44, 152, Prayer ¶¶ A-H.)

### Conclusion

12. Complete diversity exists between Plaintiff, on the one hand, who is a citizen of California; and defendant Carroll, a citizen of Florida, and the two non-California corporate defendants, RMR and MPC, on the other hand. Because the amount in controversy exceeds $75,000, this Court has jurisdiction over this action pursuant to 28 U.S.C. § 1332(a)(1).

13. Defendants RMR and MPC also consent to this removal.

14. Carroll will provide Plaintiff and the other named parties with prompt written Notice of Removal and will file the same with the Clerk of the Superior Court.

Dated: March 12, 2025

BERK BRETTLER LLP

By: *s/Andrew B. Brettler*
ANDREW B. BRETTLER
JAKE A. CAMARA

Attorneys for Defendant
MICHAEL PATRICK CARROLL

___

**DEFENDANT CARROLL'S NOTICE OF REMOVAL**
4